# EXHIBIT A
## Subject Photographs



