# EXHIBIT B
## Infringing Content











COMPLAINT

COMPLAINT